

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2015

No. 04-15-00058-CR

Cynthia Torres **LEAL,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 12-08-00087-CRF
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file their brief is granted.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court